UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NIRP PASADENA PLLC; AND NIRP SUGAR LAND PLLC,

    Plaintiff,

v.

MEDSTREAMING LLC, et al.,

    Defendant.

C17-1607 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having previously granted defendants' motion amend case schedule, docket no. 44, the Court hereby SETS the following dates and deadlines:

| | |
|---|---:|
| **BENCH TRIAL (5 days)** set for at **9:00 AM** on | May 6, 2019 |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | December 31, 2018 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | January 3, 2019 |
| Discovery completed by | January 31, 2019 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | February 14, 2019 |

MINUTE ORDER - 1

| | |
|---|---:|
| The parties shall engage in mediation pursuant to LCR 39.1(c) on or before | March 11, 2019 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)). | April 4, 2019 |
| Agreed Pretrial Order due | April 19, 2019 |
| Trial Briefs, Proposed Findings of Fact and Conclusions of Law, and Designations of Deposition Testimony pursuant to CR32(e) due | April 19, 2019 |
| Pretrial Conference set for **1:30 PM** on | April 26, 2019 |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 16, including the deadlines for joining additional parties and amending pleadings, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of September, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2