# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

NIRP PASADENA, PLLC; and NIRP SUGAR LAND, PLLC,

    Plaintiffs,

v.

MEDSTREAMING, LLC, et al.,

    Defendants.

C17-1607 TSZ

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) The parties' stipulated motion to continue the trial date and related dates and deadlines, docket no. 68, is GRANTED as follows.

| | |
|---|---:|
| **BENCH TRIAL (5 days)** set for at **9:00 AM** on | June 24, 2019 |
| Discovery completed by | March 28, 2019 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | April 11, 2019 |
| All motions related to expert witnesses (*e.g.*, Daubert motions) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | April 18, 2019 |
| The parties shall engage in mediation pursuant to LCR 39.1(c) on or before | April 25, 2019 |

MINUTE ORDER - 1

| | |
|---|---|
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)). | May 23, 2019 |
| Agreed Pretrial Order[1] due | June 7, 2019 |
| Trial Briefs, Proposed Findings of Fact and Conclusions of Law, and Designations of Deposition Testimony pursuant to LCR 32(e) due | June 7, 2019 |
| Pretrial Conference set for **11:00 a.m.** on | June 14, 2019 |

(2) Notwithstanding Local Civil Rule 16.1, the exhibit list that is included in the Agreed Pretrial Order shall be prepared in table format, with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column.

(3) All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 16, as amended by the Minute Order entered September 5, 2018, docket no. 53, shall remain in full force and effect.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of February, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2